ABSALOM POLLITT, as Administrator, etc., Appellant, *v.* THE KINGS COUNTY ELEVATED RAILWAY COMPANY, Respondent.

(Argued March 3, 1891; decided March 17, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 18, 1880, which affirmed a judgment in favor

of defendant entered upon a decision of the court on trial at Circuit and denied a motion for a new trial.

*William J. Gaynor* for appellant.

*A. B. Boardman* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.